**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

LEE WILLIS BENDER,

Plaintiff,

v.

D. PERKINS,

Defendants.

Case No. 1:25-cv-00805-KES-EPG (PC)

**AMENDED ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM**[1]

Lee Willis Bender, CDCR #BV-8773, a necessary and material witness in a settlement conference in this case on November 16, 2026, is confined in the California Substance Abuse Treatment Facility, in Corcoran, California in the custody of the Warden. In order to secure this inmate's attendance, it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate in-person before a federal Magistrate Judge at California State Prison, Corcoran, 4001 King Avenue, Corcoran, CA 93212, on Monday, November 16, 2026 at 8:30 a.m.

ACCORDINGLY, IT IS ORDERED:

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to participate in a settlement conference at the time and place above, until completion of the settlement conference or as ordered by the court.

2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

3. The Clerk of the Court is directed to serve a copy of this order via fax on the Litigation Office at the California Substance Abuse Treatment Facility, in Corcoran, CA or via email.

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To: Warden, California Substance Abuse Treatment Facility, 900 Quebec Avenue, Corcoran, CA 93212:**

**WE COMMAND** you to produce the inmate named above to testify before a federal Magistrate Judge at the time and place above until completion of the settlement conference or as ordered by the court.

\\\

[1] The order has been amended to include California State Prison, Corcoran and its address.

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

IT IS SO ORDERED.

Dated: **October 27, 2026**

/s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE