# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEE WILLIS BENDER,<br>Plaintiff,<br>v.<br>D. PERKINS, et al.,<br>Defendants. | Case No. 1:25-cv-00805-KES-EPG (PC)<br><br>ORDER DISCHARGING WRIT OF HABEAS CORPUS AD TESTIFICANDUM AS TO INMATE LEE WILLIS BENDER, CDCR #BV-8873<br><br>(ECF No. 36) |

A settlement conference in this matter was held on November 16, 2026. Inmate Lee Willis Bender, CDCR #BV-8873, is no longer needed by the Court as a participant in these proceedings, and the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

IT IS SO ORDERED

Dated: **November 16, 2026**

UNITED STATES MAGISTRATE JUDGE